**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MARCUS MABLE, JR., | |
| Plaintiff, | Civil No. 09-766 (JNE/JJG) |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| PATRICK HOEL, | |
| Defendant. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**

Dated: June 16, 2009                 s/ Joan N. Ericksen
                                             JOAN N. ERICKSEN
                                             United States District Judge